UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEKSANDRA S. VELICHKO,

    Plaintiff,

v.

JO ANNE BARNHART,
Commissioner of Social Security,

    Defendant.

CASE NO. C05-0740RSL

ORDER

The Court, having reviewed the entire record, including the administrative record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Monica J. Benton, finds and orders as follows.  It is therefore ORDERED:

(1)    The Court adopts the Report and Recommendation;

(2)    The Court AFFIRMS the decision of the Commissioner of Social Security.

DATED this 15th day of June, 2006.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER